**Order entered April 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00429-CV

### IN RE ELLOYD JOHNSON, Relator

**Original Proceeding from the 196th Judicial District Court**
**Hunt County, Texas**
**Trial Court Cause No. 11-1115-RT**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus.  We **ORDER** that relator bear the costs of this original proceeding.


/s/      MICHAEL J. O'NEILL
         JUSTICE